FILED

08/29/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0202

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0202

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

RONALD AUGUST WILCOX,

  Defendant and Appellant.

## ORDER

Upon consideration of Counsel's motion to dismiss the above-entitled cause due to Appellant's death, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 29 2023